# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

**LAURIE A. TODD,**
    Debtor-Appellant,

vs.                                                           1:18-CV-00420 (MAD)

**ENDURANCE AMERICAN INSURANCECOMPANY,**
    Appellee.

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the judgment of the bankruptcy court is **AFFIRMED**; and the Court further **ORDERS** that the Debtor's motion for a stay pending appeal is **DENIED** as moot, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 17th day of January, 2019.

DATED: January 17, 2019

                                              *[signature]*
                                              Clerk of Court

                                              s/Britney Norton
                                              Britney Norton
                                              Deputy Clerk